In the Matter of the Accounting of JAMES H. SLOCUM et al., as Trustees under the Will of DANIEL M. EDWARDS, Deceased. WALKER E. EDWARDS, Appellant; DOROTHY E. SLOCUM et al., Respondents.

Argued February 22, 1949; decided April 7, 1949.

554

*Victor Levine* and *Robert B. Anderson* for appellant.

*Gordon H. Mahley* for Genesee Valley Trust Company and others, respondents.

*Moser, Johnson and Reif* for E. Winston Rodormer and another, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE FULD and BROMLEY, JJ.